UNITED STATES BANKRUPTCY COURT
**Southern District of Florida, Fort Lauderdale Division** www.flsb.uscourts.gov
**Chapter 13 Plan (Individual Adjustment of Debts)**
[x ]  __3 Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[  ]  ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

Debtor: **Bica, Jorge G.**     Joint Debtor: **Bica, Flerida**     Case No: **0:16-bk-11893**
Last Four Digits of SS# **4037**     Last Four Digits of SS# **6948**

**MONTHLY PLAN PAYMENT:** Including trustees fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 703.02 for months **1** to 5 ;

B. $ 540.05 for months 6 to 16;

C. $ $630.89for months 17 to 33;

D. $1181,21 for months  34 to 42;

E. $1788.03 for months 43 to 60 in order to pay the following creditors:

Administrative:    Attorneys Fee - $4400.**00**  ($3650 atty fee + M2value @ $750/mo)  TOTAL PAID $ **1,500.00**

Balance Due: $ 29**00** payable $283.11 /month (Months **1** to  5), Payable $134.95 (months 6-16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Ocwen (2910)**    Arrearage on Petition Date $ 6000
                       Arrears Payment $100  /month (Months1  to  60 )
                       Regular Payment $256  /month (Months 1 to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| **Citibank (6899)** | 3301 NW 47 TERR | 71000 | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**    Total Due $
              Payable $ /month (Months  to  ) Regular Payment $  _____.

Unsecured Creditors: Pay$217.54/month (months 17-33.) Pay 717.83/mo (months  34-42) Pay $1269.48/mo (months 43-60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**The Debtors are current to with their payments to World Omni secured by their 2013 Toyota Rav 4 and will continue making payments directly outside the plan. The Debtors are current to with their payments to World Omni secured by their 2013 Toyota Sienna and will continue making payments directly outside the plan.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| */s/ Jorge G. Bica* | */s/ Flerida Bica* |
| Debtor | Joint Debtor |
| Date: August 3, **2016** | Date: Aug 3 **2016** |

LF-31 (rev. 01/08/10)