UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                         Case No. 16-11893-JKO
                                                                                       Chapter 13
Jorge G. Bica
Flerida Bica
*aka* Flerida Vermenton

        Debtors
_____/

## MOTION TO ALLOW LATE CLAIM

NOW COMES, Ocwen Loan Servicing, LLC, (the "Movant"), by and through its attorneys and files this response to Trustee's Objection to Claim [D.E. NO. 64] and in support of its Motion respectfully states:

1. On February 10, 2016 Jorge Bica and Flerida Bica ("the Debtors") filed a Chapter 13 bankruptcy action in the Southern District of Florida.

2. On September 20, 2016, a proof of claim was filed on behalf of Ocwen Loan Servicing, LLC by the Debtors (Claim 10-1).

3. On February 7, 2017, Ocwen Loan Servicing, LLC filed a proof of claim (Claim 12-1).

4. The claim was untimely filed due to a delay in obtaining the proper financial documents needed to attach to the proof of claim as supporting evidence.

5. The proof of claim filed by the Debtors incorrectly states the amount to cure as $6000.00 when in fact the amount to cure is $7,709.57 and total claim is $118,140.00.

6. Not allowing the claim would be prejudicial to Movant.

7. Movant seeks to have its claim deemed timely filed as its secured claim does not prejudice the Debtors.

8. Movant acts in good faith.

9. Movant reserves the right to supplement or amend this Motion.

**WHEREFORE**, the Movant, Ocwen Loan Servicing, LLC, respectfully requests that this Court allow its claim and grant such additional relief as the Court deems just and proper.

Dated: March 31, 2017

        Respectfully submitted,
        CLARFIELD, OKON, & SALOMONE P.L

        By: /s/ ReShaundra M. Suggs
        ReShaundra M. Suggs, Esq.
        Florida Bar No.: 77094
        500 South Australian Avenue, Suite 730
        West Palm Beach, FL 33401
        Telephone: 561-713-1400
        rsuggs@cosplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 31, 2017, I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as further indicated below:

**Maite L. Diaz, Esq.**
POB 820300
Pembroke Pines, FL 33082
 (Via CM/ECF)

*Trustee*
**Robin Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
 (Via CM/ECF)

*U.S. Trustee*
**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(Via CM/ECF)

**Jorge G Bica**
7571 Kismet St
Miramar, FL 33023
(Via U.S Mail)

**Flerida Bica**
7571 Kismet St
Miramar, FL 33023
(Via U.S Mail)


      s/ReShaundra M. Suggs
      ReShaundra M. Suggs, Esq.
      CLARFIELD, OKON, & SALOMONE P.L.